ACCEPTED
03-14-00579-CR
3642299
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/5/2015 1:49:03 AM
JEFFREY D. KYLE
CLERK

NO. 03-14-00579-CR

| PERRY LEE PENNING, | § | IN THE THIRD COURT |
|---|---|---|
| Appellant | § | FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS |
| vs. | § | OF APPEALS AT 1/5/2015 1:49:03 AM |
| | § | JEFFREY D. KYLE<br>Clerk |
| THE STATE OF TEXAS, | § | AUSTIN, TEXAS |
| Appellee | § | |

## SECOND MOTION FOR EXTENSION OF TIME

## TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Comes Now, Appellant, Perry Lee Penning, and files this Motion for Extension of Time to File Appellant's Brief, pursuant to T.R.A.P. Rule 38.6(d), and would show:

### I.

Appellant's brief was due on January 2, 2015. Appellant requests an extension of twenty-eight (28) days to file his brief. One previous extension of time has been granted.

### II.

The facts relied on to reasonably explain the need for this extension are:

1. Unexpected absence of support staff;

2. Personal illness;

1

3. Reduction of hours at U.T. Law Library where the undersigned conducts much of her legal research on nights and weekends; and

4. This extension is necessary in order to provide effective assistance of counsel to Appellant.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court grant an extension of twenty-eight (28) days, until January 30, 2015, in which to file his brief.

Respectfully submitted,


/s/ Connie J. Kelley
Connie J. Kelley
Attorney for Defendant on Appeal
1108 Lavaca, #110-221
Austin, TX 78701
(512)445-4504
(512)478-2318 (fax)
warrentucker@grandecom.net
State Bar No. 11199600

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on Rosemary Lehmberg, Travis County District Attorney, at P.O. Box 1748, Austin, Texas 78767 by regular mail on this 2nd day of January, 2015.

/s/ Connie J. Kelley
Connie J. Kelley

## CERTIFICATE OF COMPLIANCE

This is to certify that the foregoing document is in 14 point font. The word count is 159 words, which is in compliance with T.R.A.P. Rule 9.4.

/s/ Connie J. Kelley
Connie J. Kelley